UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: 1:05-cv-10486 RWZ |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S REQUEST** |
| ) | **FOR ENTRY OF DEFAULT** |
| vs. ) | |
| ) | |
| **Bruce Barnes** ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

Now comes the Plaintiff Comcast of Southern New England, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Bruce Barnes (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

                                        Respectfully Submitted for the Plaintiff,
                                        Comcast of Southern New England, Inc.
                                        By Its Attorney,

5/25/05                                   /s/ John M. McLaughlin
Date                                    John M. McLaughlin
                                        **Green, Miles, Lipton & Fitz-Gibbon**
                                        77 Pleasant Street
                                        P.O. 210
                                        Northampton, MA 01061
                                        Telephone: (413) 586-0865
                                        BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 25th day of May, 2005, a copy of the foregoing Request for Default was mailed first class to:

Bruce Barnes
151 Seventh Avenue
Lowell, MA 01854

                                           /s/ John M. McLaughlin
                                           John M. McLaughlin, Esq.