**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | **Case No.: 1:05-cv-10486** |
| | ) | |
| **Plaintiff,** | ) | **AFFIDAVIT OF ATTORNEY FOR** |
| | ) | **PLAINTIFF'S REQUEST** |
| **vs.** | ) | **FOR DEFAULT** |
| | ) | |
| **Bruce Barnes** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On March 3, 2005, the Plaintiff filed a Complaint against the Defendant, **Bruce Barnes**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On March 21, 2005, the said Defendant was served **by leaving at the last and usual place of abode, by Deputy Sheriff Arthur Santos** (see SUMMONS filed 3/29/2005).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 26th day of May, 2005.

        Respectfully Submitted for the Plaintiff,
        By Its Attorney,


        /s/John M. McLaughlin
        John M. McLaughlin
        **Green, Miles, Lipton & Fitz-Gibbon LLP**
        77 Pleasant Street
        P.O. 210
        Northampton, MA 01061
        Telephone: (413) 586-0865
        BBO No. 556328

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**            ) | **Case No.: 1-05-cv-10486** |
|                                                                             ) | |
| **Plaintiff,**            ) | **ORDER FOR NOTICE OF REQUEST** |
|                                                                             ) | **FOR DEFAULT** |
| **vs.**            ) | |
|                                                                             ) | |
| **Bruce Barnes**            ) | |
|                                                                             ) | |
| **Defendant**            ) | |
|                                                                             ) | |
|                                                                             ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

                                          BY THE COURT

                                          _____
                                          Deputy Clerk