UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF SOUTHERN NEW ENGLAND
    Plaintiff

V.

                                            CIVIL ACTION: 05-10486-RWZ

BRUCE BARNES
    Defendant

## NOTICE OF DEFAULT

Upon application of the plaintiff COMCAST OF N.E., for an order of default for failure of the defendant BRUCE BARNES, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 26TH day of MAY, 2005.

                                            By the Court,

                                            __s/ Lisa A. Urso
                                                  Deputy Clerk

Notice mailed to:
PLFF'S ATTY & DEFT

```
default.ntc
```