**UNITED STATES DISTRICT COURT
DISTRICT OF MA**

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: 1:05-cv-10486 RWZ |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **Bruce Barnes** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                      Respectfully Submitted for the Plaintiff,
                                      Comcast of Southern New England, Inc.
                                      By Its Attorney,

| | |
|---|---|
| 7/1/2005 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

## **CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 1st day of July, 2005, a copy of the foregoing was mailed first class to:

Charles A. Bookman
Bratton & Springer, LLP
9 Middlesex Street
Lowell, MA 01852

                                                          /s/ John M. McLaughlin
                                                          John M. McLaughlin, Esq.